150

## Artimio VALDEZ, Appellant v. STATE of Texas, Appellee.

### No. 25429.

Court of Criminal Appeals of Texas.
June 30, 1951.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction of aggravated assault on a female. The punishment was assessed by the court at a fine of $100 and 90 days in jail.

The record contains an affidavit, in proper form, requesting that the court dismiss the appeal. Appellant's request is granted. The appeal is dismissed.